**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02717-REB-NYW

THE FAIRWAY 16 HEATHERRIDGE ASSOCIATION,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

**ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendant American Family Mutual Insurance Company ("Defendant") Unopposed Motion to Amend Answer [#28], filed March 18, 2015 (the "Motion").  Pursuant to the Order Referring Case October 6, 2014 [#8] and the memorandum dated March 18, 2014 [#29], the Motion was referred to this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED.  Defendant may file an amended answer in the form previously submitted to the court as Docket Entry No. 28-1 within 10 days of entry of this Order.

DATED March 24, 2015.