**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02717-WJM-NYW

THE FAIRWAY 16 HEATHERRIDGE ASSOCIATION

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY

Defendant.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

This civil action comes before the court on the Parties' Unopposed Joint Motion to Amend Scheduling Order Deadlines, filed June 15, 2015 [#33] (the "Motion"). Pursuant to the Order Referring Case dated October 6, 2014 [#8], the Reassignment dated February 10, 2015 [#20], and the Memorandum dated June 15, 2015 [#34], the Motion is before this Magistrate Judge.

IT IS ORDERED that the Motion is GRANTED. Accordingly, IT IS ORDERED that:

(1) The Parties shall serve rebuttal expert disclosures upon opposing counsel pursuant to Fed. R. Civ. P. 26(a)(2) no later than **July 22, 2015**;

(2) The discovery cut-off is hereby reset to **August 15, 2015**;

(3) The dispositive motion deadline is hereby reset to **September 1, 2015**.

DATED June 16, 2015