**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02717-WJM-NYW

THE FAIRWAY 16 HEATHERRIDGE ASSOCIATION

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY

Defendant.

---

### MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

This civil action comes before on the Parties' Joint Unopposed Motion to Amend Scheduling Order deadlines, filed on July 21, 2015 (the "Motion").

IT IS ORDERED that the Motion is GRANTED. IT IS ORDERED that:

(1) The Discovery Cut-Off is hereby re-set to **September 1, 2015**;
(2) The Dispositive Motion Deadline is hereby re-set to **September 15, 2014**.

The court does not contemplate re-setting the Final Pre-Trial Conference in this matter absent exceptional circumstances.

DATED: July 28, 2015